UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCMILLIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   **Case No.: 2:11-cv-03829-AB** |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant | ) |
| | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| | |
|---|---|
| */s/ Craig Thor Kimmel* | */s/ Ross S. Enders* |
| Craig Thor Kimmel, Esquire | Ross S. Enders, Esquire |
| Attorney ID # 57100 | Attorney ID # 89840 |
| Kimmel & Silverman, P.C. | Sessions, Fishman Nathan & Israel, LLC |
| 30 East Butler Pike | 200 Route 31 North, Suite 203 |
| Ambler, PA 19002 | Flemington, NJ 08822 |
| Phone: (215) 540-8888 | Phone: (908) 751-5941 |
| Fax: (877) 788-2864 | Fax: (908) 751-5944 |
| Email: kimmel@creditlaw.com | Email: renders@sessions-law.biz |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| Date: February 9, 2012 | Date: February 9, 2012 |

BY THE COURT:

_____

J.